Oliver M. Kiefer (SBN 332830)
Oliver.kiefer@zwillgen.com
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965

Attorney for Defendant
**PERSONIFY HEALTH, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY BLALOCK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PERSONIFY HEALTH, INC., a Rhode Island corporation; and DOES 1 through 25, inclusive,<br><br>*Defendants.* | Case No. 1:26-CV-00755-FRS (SKO)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 7) |

Pursuant to Local Rule 144, Plaintiff Wendy Blalock ("Plaintiff") and Defendant Personify Health, Inc. ("Defendant"), (collectively, the "Parties"), by and through their respective counsel, respectfully submit this Stipulation to Extend Time To Respond to Complaint and hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff filed this matter on January 29, 2026 (Dkt. 1);

**WHEREAS**, Defendant was served with the Complaint and Summons through its registered agent on January 30, 2026 (Dkt. 5);

**WHEREAS**, Defendant's original deadline to answer, move or otherwise respond to the Complaint was February 20, 2026;

**WHEREAS,** on February 18, 2026, pursuant to Civil Local Rule 144(a), the Parties stipulated to a 28-day extension of Defendant's deadline to answer, move, or otherwise respond to the Complaint, through and including March 20, 2026 (Dkt. 6);

**WHEREAS,** the Parties have conferred and agree that a 30-day extension of time for Defendant to respond to the Complaint, through and including April 20, 2026 is appropriate;

**WHEREAS**, this extension will provide counsel with adequate time to investigate and analyze the allegations and to work with Defendant to prepare an appropriate response;

**WHEREAS,** this is Defendant's second request for an extension of time to respond to the Complaint;

**WHEREAS,** this requested extension will not alter the date of any event or any deadline already fixed by the Court, and is not being made for any purposes of delay;

**WHEREAS**, this stipulation is made solely for the limited purposes described herein and shall not be construed as a waiver of any defense, objection, or argument available to Defendant. Defendant specifically preserves and does not waive any defense under Federal Rule of Civil Procedure 12, including lack of personal jurisdiction. Defendant's participation in this stipulation does not constitute a general appearance or consent to personal jurisdiction.

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 1:26-CV-00755-FRS (SKO)

**THE PARIES HEREBY STIPULATE AND AGREE,** that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint shall be extended up to and including April 20, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 17, 2026                    **TAULER SMITH LLP**

By: /s/ Jaymie Parkkinen (as authorized on 03/17/2026)
Jaymie Parkkinen (SBN 318394)
jparkkinen@taulersmith.com
Camrie Ventry (SBN 355853)
cventry@taulersmith.com

*Counsel for Plaintiff*
*Wendy Blalock*


Dated: March 17, 2026                    **ZWILLGEN LAW LLP**

By: /s/ Oliver M. Kiefer
Oliver M. Kiefer (SBN 332830)
Oliver.kiefer@zwillgen.com

*Counsel for Defendant*
*Personify Health, Inc.*

2

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 1:26-CV-00755-FRS (SKO)

**<u>ORDER</u>**

Having reviewed and considered the Stipulation and Proposed Order to Extend Time to Respond to Complaint (Doc. 7), and good cause appearing, the Stipulation is GRANTED as follows:

Defendant's deadline to respond to the Complaint is extended through and including **April 20, 2026**.

IT IS SO ORDERED.

Dated:    **March 19, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

3

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 1:26-CV-00755-FRS (SKO)