UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDY BLALOCK,

Plaintiff,

v.

PERSONIFY HEALTH, INC.
*a Rhode Island corporation*,

Defendant.

Case No.  1:26-cv-00755-FJS

ORDER RE NOTICE OF WITHDRAWAL AS ATTORNEY

(ECF No. 11)

In view of the notice of withdrawal as counsel for Plaintiff (ECF No. 11), the Clerk of Court is hereby DIRECTED to terminate Jaymie Parkkinen as an attorney of record for Plaintiff. Plaintiff will continue to be represented in this matter by the remaining attorneys of record. *See* L.R. 182(b).

IT IS SO ORDERED.

Dated:  **April 2, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

1