Oliver M. Kiefer (SBN 332830)
Oliver.kiefer@zwillgen.com
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965

Attorney for Defendant
**PERSONIFY HEALTH, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY BLALOCK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PERSONIFY HEALTH, INC., a Rhode Island corporation; and DOES 1 through 25, inclusive,<br><br>*Defendants.* | Case No. 1:26-CV-00755-FJS<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Complaint filed: January 29, 2026<br><br>Judge: Hon. Frank J. Singer |

STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE
CASE NO. 1:26-CV-00755-FJS

Plaintiff Wendy Blalock ("Plaintiff") and Defendant Personify Health, Inc. ("Defendant"), (collectively, the "Parties"), by and through their respective counsel, respectfully submit this Stipulation to Continue the Scheduling Conference and hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff filed this matter on January 29, 2026 (Dkt. 1);

**WHEREAS,** on January 29, 2026, the Court issued an Order setting a mandatory scheduling conference on April 29, 2026 (Dkt. 4);

**WHEREAS**, Defendant was served with the Complaint and Summons through its registered agent on January 30, 2026 (Dkt. 5);

**WHEREAS,** on February 18, 2026, pursuant to Civil Local Rule 144(a), the Parties stipulated to a 28-day extension of Defendant's deadline to answer, move, or otherwise respond to the Complaint, through and including March 20, 2026 (Dkt. 6);

**WHEREAS,** on March 19, 2026, the Court approved the Parties' stipulation to a 30-day extension of time for Defendant to respond to the Complaint, through and including April 20, 2026;

**WHEREAS,** the Parties have met and conferred in advance of the forthcoming April 29, 2026 Scheduling Conference and agree to an extension of this conference in order to conserve party and judicial resources as the parties continue to investigate the allegations and explore resolution;

**WHEREAS**, this stipulated extension is not being made for any purposes of delay.

**THE PARIES HEREBY STIPULATE AND AGREE,** that the April 29, 2026 Mandatory Scheduling Conference shall be continued to May 26, 2026, or the next earliest date available on the Court's calendar.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 6, 2026                    **TAULER SMITH LLP**

By: /s/ Robert Tauler (as authorized on 04/03/2026)
Robert Tauler (SBN 241964)
rtauler@taulersmith.com

*Counsel for Plaintiff*
*Wendy Blalock*

1

Dated: April 6, 2026          **ZWILLGEN LAW LLP**

By: /s/ Oliver M. Kiefer
Oliver M. Kiefer (SBN 332830)
Oliver.kiefer@zwillgen.com

*Counsel for Defendant*
*Personify Health, Inc.*

2

STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE
CASE NO. 1:26-CV-00755-FJS

ORDER

The Court has reviewed the parties' stipulation and proposed order to continue the mandatory scheduling conference.  (ECF No. 13.)  Good cause appearing, IT IS SO ORDERED that the SCHEDULING CONFERENCE currently set for April 29, 2026, is continued to May 27, 2026, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.  The parties shall file a Joint Scheduling Report seven (7) days prior to the conference.  The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:    **April 8, 2026**

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

3

STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE
CASE NO. 1:26-CV-00755-FJS