UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WENDY BLALOCK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PERSONIFY HEALTH, INC., a Rhode Island corporation; and Does 1 through 25, inclusive,

Defendants.

Case No. 1:26-cv-00755-FJS

ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL

(ECF No. 15)

On April 15, 2026, Plaintiff filed a notice voluntarily dismissing this action without prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (ECF No. 15).  Therefore, this action has been dismissed.  *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Titus v. BlueChip Fin*., 786 F. App'x 694, 695 (9th Cir. 2019) (unpublished) (citing *Emp'rs-Teamsters Local Nos. 175 & 505 Pension Tr. Fund v. Anchor Capital Advisors*, 498 F.3d 920, 924 (9th Cir. 2007)).  Accordingly, the Clerk of Court is directed to terminate all pending deadlines and proceedings, including the Scheduling Conference set for May 27, 2026 at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer, and then close the case.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE