UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY BLALOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERSONIFY HEALTH, INC., a Rhode Island corporation; and DOES 1-25, inclusive<br><br>Defendants. | Case No.  1:26-cv-00755-FJS<br><br>ORDER DIRECTING CLERK OF COURT TO DISREGARD DUPLICATIVE NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 17) |

On April 20, 2026, Plaintiff filed a notice of voluntary dismissal of this action with prejudice as to her individual claims and without prejudice as to the class claims pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 17.) It appears that this filing is cumulative of the prior notice of voluntary dismissal filed April 15, 2026. (ECF No. 15.) Additionally, as of the Court's April 17, 2026, Order, this action has been terminated by operation of law. (ECF No. 16.) Accordingly, the notice of voluntary dismissal filed April 20, 2026, is DISREGARDED as duplicative.

IT IS SO ORDERED.

Dated:  __**April 21, 2026**__                    _____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE