UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY BLALOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERSONIFY HEALTH, INC., a Rhode Island corporation; and Does 1 through 25, inclusive,<br><br>Defendants. | Case No.  1:26-cv-00755-FJS<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL AND VACATING THE COURT'S APRIL 21, 2026, ORDER AS ERRONEOUS<br><br>(ECF Nos. 17, 18) |

On April 24, 2026, Plaintiff contacted Chambers regarding the Court's April 21, 2026, Order Directing the Clerk of the Court to Disregard Duplicative Notice of Voluntary Dismissal. (ECF No. 18.) Plaintiff informed the Court that the April 20, 2026 Notice of Voluntary Dismissal was not duplicative, but rather an attempt to amend the April 15, 2026, Notice of Voluntary Dismissal to dismiss this action *with prejudice* as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (ECF Nos. 15, 17.)  The Court's April 21, 2026, order was therefore mistaken. (ECF No. 18.) The Court will vacate that order as having been issued in error.

1

Accordingly, in light of the amended notice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed *with prejudice* as to Plaintiff's individual claims, and without prejudice as to the class claims.

IT IS SO ORDERED

IT IS SO ORDERED.

Dated:    **April 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE